DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar # 12080
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: elham.roohani@usdoj.gov
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr-056-RFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO VACATE** |
| | ) | **SENTENCING** |
| vs. | ) | |
| | ) | |
| JOSEPH SYLVANUS D'ELIA, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Michael Becker, Esq. counsel for the Defendant JOSEPH SYLVANUS D'ELIA, JR., that the sentencing currently scheduled for July 5, 2016, be vacated, and the Court instead set the matter for status check in 60 days.

This Stipulation is entered into for the following reasons:

1.      On June 2, 2016, Mr. D'Elia was pronounced dead after being taken to the University Medical Center in Las Vegas, Nevada.

2.      The parties are working diligently to obtain a certified copy of Mr. D'Elia's death certificate to support a stipulation to close the case.

3.      It is unlikely that the parties will receive a certified copy of the death certificate

1

by the currently scheduled sentencing date.

4.     It is estimated that a certified copy of the death certificate will be available by the end of July 2016.

5.     A status check in 60 days will allow the parties time to obtain the necessary documentation and move to close the case, while still allowing the Court to maintain control of its docket.


DATED this 28th day of June, 2016.


DANIEL G. BOGDEN,                          MICHAEL BECKER, ESQ.
United States Attorney



By: */s/ Elham Roohani*                         By: */s/ Michael Becker*
ELHAM ROOHANI                              MICHAEL BECKER, ESQ.
Assistant United States Attorney            Counsel for Joseph Sylvanus D'Elia, Jr.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-056-RFB |
| Plaintiff, | FINDINGS OF FACT AND ORDER |
| vs. | |
| JOSEPH SYLVANUS D'ELIA, JR., | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On June 2, 2016, Mr. D'Elia was pronounced dead after being taken to the University Medical Center in Las Vegas, Nevada.

2. The parties are working diligently to obtain a certified copy of Mr. D'Elia's death certificate to support a stipulation to close the case.

3. It is unlikely that the parties will receive a certified copy of the death certificate by the currently scheduled sentencing date.

4. It is estimated that a certified copy of the death certificate will be available by the end of July 2016.

5. A status check in 60 days will allow the parties time to obtain the necessary documentation and move to close the case, while still allowing the Court to maintain control of its docket.

1

ORDER

2          IT IS FURTHER ORDERED that the sentencing currently scheduled on July 5, 2016 at

3    10:00 a.m., be vacated and the matter be set for status check on ___September 5___, 2016 at

4    4:00 PM____.

5          DATED this 28th_ day of _____June_____, 2016.

6

7    _____

RICHARD F. BOULWARE, II
8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

4