DANIEL G. BOGDEN
United States Attorney
ELHAM ROOHANI
Nevada Bar # 12080
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: elham.roohani@usdoj.gov
Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-0056-RFB |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| JOSEPH SYLVANUS D'ELIA, JR., | |
| Defendant. | |

The United States of America, through Elham Roohani, Assistant United States Attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed February 25, 2015 (*See* ECF No. 1) against defendant Joseph Sylvanus D'Elia, Jr.

On July 11, 2016, the United States was provided a certified copy of Mr D'Elia's death certificate. Accordingly, the United States respectfully requests that the Criminal Indictment (ECF No. 1) against defendant Joseph Sylvanus D'Elia, Jr., be dismissed and the case be closed.

//

1

DATED: July 11, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

//s//
ELHAM ROOHANI
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge

**DATED:** July 20, 2016.

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the United States Attorney's Office for the District of Nevada and that I am a person of such age and discretion as to be competent to serve papers. That on July 11, 2016, I served an electronic copy of the above and foregoing **MOTION TO DISMISS CRIMINAL INDICTMENT** against defendant Joseph Sylvanus D'Elia, Jr. by electronic service (ECF) to the person named below:

Electronic Case Filing
MICHAEL L. BECKER, ESQ.
Counsel for defendant D'Elia

DATED:      July 11, 2016

//s//
ELHAM ROOHANI
Assistant United States Attorney